DOUGLAS J. FISH, Appellant, v. JOHN H. SHELDON, Respondent. (Action No. 1.) DAVID SHELDON, an Infant, by JOHN H. SHELDON, His Guardian ad Litem, Respondent, v. DOUGLAS J. FISH, Appellant. (Action No. 2.) EDITH FISH, Appellant, v. JOHN H. SHELDON, Respondent. (Action No. 3.)—In action No. 1: Order setting aside verdict reversed, on the law and facts, with costs, and verdict of no cause of action reinstated, on the ground that the questions of fact were determinable by the jury, and the court's attention is not called to any facts which require that the verdict should be set aside in the interests of justice. In action No. 2: Order setting aside verdict reversed, on the law and facts, and verdict of no cause of action reinstated, on the ground that the questions of fact were determinable by the jury, and the court's attention is not called to any facts which require that the verdict should be set aside in the interests of justice. In action No. 3: Order denying motion to set aside verdict affirmed on stipulation of appellant in open court. Hill, P. J., Rhodes, Crapser and Bliss, JJ., concur.

ISAAC GINSBERG and MAURICE GINSBERG, Copartners, Respondents, v. NATHAN PACKER and MORRIS PACKER, Copartners, Appellants.— Judgment modified by reducing the damages recovered from $1,136.67 to $1,030.93, and as so modified the judgment and orders are affirmed, without costs, on the ground that there is no evidence to sustain the verdict of the jury as to the consignment of October 20, 1931, amounting to $105.67. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Petition of CHEMUNG CANAL TRUST COMPANY for the Judicial Settlement of Its Intermediate Account as Administrator, etc., of MICHAEL E. MCELLIGOTT, Deceased.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

WILFORD E. JOHNSON, Respondent, v. PAGE-MORRIS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.